**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 12-01003  Trustee Name: Allan J. DeMars
Case Name: WORK PLACE SOLUTIONS GROUP, INC.  Date Filed (f) or Converted (c): 1/12/12(F)
For Period Ending: 3/31/15  §341(a) Meeting Date: 3/1/12
  Claims Bar Date: 11/21/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  operating checking account | 0.00 | 0.00 | | | FA |
| 2  payroll account | 0.00 | 0.00 | | | FA |
| 3  judgment against Willwork, Inc. | 83,838.60 | 0.00 | OA | | FA |
| 4  breach of contract claim vs. CNA | unknown | 0.00 | OA | | FA |
| 5  cause of action to avoid possible fraudulent transfers (u) | 1,000,000.00 | 1,000,000.00 | | 542,864.00 | 457,136.00 |
| 6  workman's comp lien (Hartman) (u) | 14,176.38 | 14,176.38 | | 14,176.38 | FA |
| 7  interest on invested funds (u) | | 59.01 | | 59.01 | FA |
| 8  Cross claim vs Houghton International for negligence (u) | unknown | 0.00 | | | FA |

TOTALS (Excluding unknown values)   1,014,176.38   557,099.39   457,136.00
  (Total Dollar Amount in Column 6)

Major activities affecting case closing: cause of action settled for $1,000,000 receiving monthly payments in the amount of $19,048; ITEM #3, Willwork judgment subject to Citation lien and pursuant to global settlement transferred to secured creditor CNA. ITEM #4: dismissal pursuant to global settlement agreement (ITEM 5); item 8 was part of the litigation referred toin item 4 and therefore is also abandoned

Initial Projected Date of Final Report (TFR): June, 2014   Current Projected Date of Final Report (TFR): August, 2017

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 12-01003  
Case Name: WORK PLACE SOLUTIONS GROUP, INC.  
Taxpayer ID#: xx-xxx5997  
For Period Ending: 3/31/15  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking Acct#: xxxxxx5210  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 9/27/13 | Ref 6 | ESIS, Inc. | workman's comp lien re: Hartman v. Houghton Intl. et al | 1229-000 | 14,176.38 | | 14,176.38 |
| | Ref 5 | Employco | installment re global settlement approved 9/26/13 DOCKET 67 | 1249-000 | 200,000.00 | | 214,176.38 |
| 9/30/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 1.81 | | 214,178.19 |
| | | Wells Fargo | bank service charges (to be reversed) | 2600-000 | | 4.00 | 214,174.19 |
| | | | reversal of service charges | 2600-000 | | (4.00) | 214,178.19 |
| 10/2/13 | Ref 5 | Employco | installment re global settlement | 1249-000 | 19,048.00 | | 233,226.19 |
| 10/31/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 8.76 | | 233,234.95 |
| 11/1/13 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 252,282.95 |
| 11/30/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 9.26 | | 252,292.21 |
| 12/2/13 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 271,340.21 |
| 12/17/13 | Check 1001 | Allan J. DeMars | interim trustee's fees (Order 12/17/13 - DOCKET 73 | 2100-000 | | 14,000.00 | 257,340.21 |
| 12/17/13 | Check 1002 | Allan J. DeMars | interim attorney's fees DOCKET 73 | 3110-000 | | 14,000.00 | 243,340.21 |
| 12/17/13 | Check 1003 | Illinois Dept of Employment Security | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 286.47 | 243,053.74 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 12/17/13 | Check 1004 | Zurich American Insurance Co. | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 7,504.53 | 235,549.21 |
| 12/17/13 | Check 1005 | CNA Claims Plus, Inc | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 17,294.73 | 218,254.48 |
| 12/17/13 | Check 1006 | CNA Insurance Companies | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 149,914.27 | 68,340.21 |
| 12/31/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 6.86 | | 68,347.07 |
| 1/2/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 87,395.07 |
| 1/30/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 106,443.07 |
| 1/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 2.62 | | 106,445.69 |
| 2/4/14 | Check 1007 | International Sureties, Ltd | bond premium | 2300-000 | | 83.95 | 106,361.74 |
| 2/28/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 3.04 | | 106,364.78 |
| 3/1/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 125,412.78 |
| 3/26/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 144,460.78 |
| 3/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 4.26 | | 144,465.04 |
| 4/30/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 163,513.04 |
| 4/30/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 4.91 | | 163,517.95 |
| 5/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 5.88 | | 163,523.83 |
| 6/2/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 182,571.83 |
| 6/17/14 | Check 1008 | Allan J. DeMars | interim trustee's fees (Order 12/17/13 - DOCKET 73 | 2100-000 | | 5,714.40 | 176,857.43 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 6/17/14 | Check 1009 | Illinois Dept of Employment Security | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 204.62 | 176,652.81 |
| 6/17/14 | Check 1010 | Zurich American Insurance Co. | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 5,360.38 | 171,292.43 |
| 6/17/14 | Check 1011 | CNA Claims Plus, Inc | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 12,353.38 | 158,939.05 |
| 6/17/14 | Check 1012 | CNA Insurance Companies | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 107,081.62 | 51,857.43 |
| 6/26/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 70,905.43 |
| 6/30/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 6.34 | | 70,911.77 |
| 7/31/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 3.16 | | 70,914.93 |
| 8/4/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 89,962.93 |
| 8/7/14 | Check 1013 | CNA Claims Plus, Inc | distribution on secured claim #3 | 4220-000 | | 35,000.00 | 54,962.93 |
| 8/11/14 | Check 1010 | Zurich American Insurance Co. | stop payment; recipient had received payment from 3rd party and is withdrawing proof of claim #2 | 7100-000 | | (5,360.38) | 60,323.31 |
| 8/12/14 | | Wells Fargo | deposit slip printing charge | 2600-000 | | 33.81 | 60,289.50 |
| 8/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 2.06 | | 60,291.56 |
| 9/2/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 0.05 | | 60,291.61 |
| 9/3/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 79,339.61 |
| 10/1/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 98,387.61 |
| 10/30/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 117,435.61 |
| 11/30/14 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 117,430.61 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 12/2/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 136,478.61 |
| 12/17/14 | Check 1014 | Allan J. DeMars | interim trustee's fees (Order 12/17/13) - DOCKET 73 | 2100-000 | | 5,714.40 | 130,764.21 |
| 12/17/14 | Check 1015 | Illinois Dept of Employment Security | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 190.30 | 130,573.91 |
| 12/17/14 | Check 1016 | CNA Claims Plus, Inc | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 10,239.90 | 120,334.01 |
| 12/17/14 | Check 1017 | CNA Insurance Companies | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 99,569.80 | 20,764.21 |
| 12/31/14 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 20,759.21 |
| 1/6/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 39,807.21 |
| 1/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 39,802.21 |
| 1/31/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 58,850.21 |
| 2/17/15 | Check 1018 | Arthur B. Levine Co. | bond premium | 2300-000 | | 129.00 | 58,721.21 |
| 2/28/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 58,716.21 |
| 3/7/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 77,764.21 |
| 3/31/14 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 77,759.21 |
| | | | | COLUMN TOTALS | 557,099.39 | 479,340.18 | 77,759.21 |

```
                                              Net

TOTAL - ALL ACCOUNTS                NET   DEPOSITS      DISBURSEMENTS         BALANCES
Checking# xxxxxx5210                      557,099.39       479,340.18        77,759.21
Money Market #
Savings #
CD #CDI
Net                                       557,099.39       479,340.18        77,759.21
                                        Excludes account  Excludes payments   Total Funds
                                          transfers         to debtor          on Hand
```