# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WORK PLACE SOLUTIONS GROUP, INC.

Case No. 12-01003
Hon. JACQUELINE P. COX
Chapter 7

Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/13/2012.

The undersigned trustee was appointed on 01/13/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $1,014,235.39

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $826,211.62 |
| Administrative expenses | $268.83 |
| Bank Service Fees | $118.81 |
| Other payments to creditors | |
| Non-estate funds paid to 3rd Parties | |
| Exemptions paid to the debtor | |
| Other payments to the debtor | |
| Leaving a balance on hand of [1] | $187,636.13 |

The remaining funds are available for distribution.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/21/2012 and the deadline for filing governmental claims was 11/21/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $53,677.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $42,572.00 as interim compensation and now requests the sum of $11,105.06, for a total compensation of $53,677.06 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $23.62, for total expenses of $23.62 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/31/2017    By: /s/ ALLAN J. DeMARS
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**EXHIBIT "A"  FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 12-01003

Case Name: WORK PLACE SOLUTIONS GROUP, INC.

For Period Ending: 3/31/17

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 1/12/12(F)

§341(a) Meeting Date: 3/1/12

Claims Bar Date: 11/21/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | operating checking account | 0.00 | 0.00 | | | FA |
| 2 | payroll account | 0.00 | 0.00 | | | FA |
| 3 | judgment against Willwork, Inc. | 83,838.60 | 0.00 | OA | | FA |
| 4 | breach of contract claim vs. CNA | unknown | 0.00 | OA | | FA |
| 5 | cause of action to avoid possible fraudulent transfers (u) | 1,000,000.00 | 1,000,000.00 | | 1,000,000.00 | FA |
| 6 | workman's comp lien (Hartman) (u) | 14,176.38 | 14,176.38 | | 14,176.38 | FA |
| 7 | interest on invested funds (u) | | 59.01 | | 59.01 | FA |
| 8 | Cross claim vs Houghton International for negligence (u) | unknown | 0.00 | | | FA |
| | TOTALS (Excluding unknown values) | | 1,014,235.39 | | 1,014,235.39 | |

(Total Dollar Amount in Column 6)

Major activities affecting case closing: cause of action settled for $1,000,000 receiving monthly payments in the amount of $19,048; ITEM #3, Willwork judgment subject to Citation lien and pursuant to global settlement transferred to secured creditor CNA. ITEM #4: dismissal pursuant to global settlement agreement (ITEM 5); item 8 was part of the litigation referred to in item 4 and therefore is also to be abandoned

Initial Projected Date of Final Report (TFR): June, 2014    Current Projected Date of Final Report (TFR): August, 2017

EXHIBIT "B" – FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 12-01003  
Case Name: WORK PLACE SOLUTIONS GROUP, INC.  
Taxpayer ID#: xx-xxx5997  
For Period Ending: 3/31/17  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking Acct#: xxxxxx5210  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 9/27/13 | Ref 6 | ESIS, Inc. | workman's comp lien re: Hartman v. Houghton Intl. et al | 1229-000 | 14,176.38 | | 14,176.38 |
| 9/27/13 | Ref 5 | Employco | installment re global settlement approved 9/26/13 DOCKET 67 | 1249-000 | 200,000.00 | | 214,176.38 |
| 9/30/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 1.81 | | 214,178.19 |
| | | Wells Fargo | bank service charges (to be reversed) | 2600-000 | | 4.00 | 214,174.19 |
| | | | reversal of service charges | 2600-000 | | (4.00) | 214,178.19 |
| 10/2/13 | Ref 5 | Employco | installment re global settlement | 1249-000 | 19,048.00 | | 233,226.19 |
| 10/31/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 8.76 | | 233,234.95 |
| 11/1/13 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 252,282.95 |
| 11/30/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 9.26 | | 252,292.21 |
| 12/2/13 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 271,340.21 |
| 12/17/13 | Check 1001 | Allan J. DeMars | interim trustee's fees (Order 12/17/13 - DOCKET 73 | 2100-000 | | 14,000.00 | 257,340.21 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | BALANCE |
| 12/17/13 | Check 1002 | Allan J. DeMars | interim attorney's fees DOCKET 73 | 3110-000 | | 14,000.00 | 243,340.21 |
| 12/17/13 | Check 1003 | Illinois Dept of Employment Security | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 286.47 | 243,053.74 |
| 12/17/13 | Check 1004 | Zurich American Insurance Co. | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 7,504.53 | 235,549.21 |
| 12/17/13 | Check 1005 | CNA Claims Plus, Inc | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 17,294.73 | 218,254.48 |
| 12/17/13 | Check 1006 | CNA Insurance Companies | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 149,914.27 | 68,340.21 |
| 12/31/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 6.86 | | 68,347.07 |
| 1/2/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 87,395.07 |
| 1/30/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 106,443.07 |
| 1/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 2.62 | | 106,445.69 |
| 2/4/14 | Check 1007 | International Sureties, Ltd | bond premium | 2300-000 | | 83.95 | 106,361.74 |
| 2/28/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 3.04 | | 106,364.78 |
| 3/1/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 125,412.78 |
| 3/26/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 144,460.78 |
| 3/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 4.26 | | 144,465.04 |
| 4/30/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 163,513.04 |
| 4/30/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 4.91 | | 163,517.95 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check Ref #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 5/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 5.88 | | 163,523.83 |
| 6/2/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 182,571.83 |
| 6/17/14 | Check 1008 | Allan J. DeMars | Second interim trustee's fees (Order 12/17/13 - DOCKET 73 | 2100-000 | | 5,714.40 | 176,857.43 |
| 6/17/14 | Check 1009 | Illinois Dept of Employment Security | Second partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 204.62 | 176,652.81 |
| 6/17/14 | Check 1010 | Zurich American Insurance Co. | Second partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 5,360.38 | 171,292.43 |
| 6/17/14 | Check 1011 | CNA Claims Plus, Inc | Second partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 12,353.38 | 158,939.05 |
| 6/17/14 | Check 1012 | CNA Insurance Companies | Second partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 107,081.62 | 51,857.43 |
| 6/26/14 | Ref 5 | Employco | | 1249-000 | 19,048.00 | | 70,905.43 |
| 6/30/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 6.34 | | 70,911.77 |
| 7/31/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 3.16 | | 70,914.93 |
| 8/4/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 89,962.93 |
| 8/7/14 | Check 1013 | CNA Claims Plus, Inc | distribution on secured claim #3 | 4220-000 | | 35,000.00 | 54,962.93 |
| 8/11/14 | Check 1010 | Zurich American Insurance Co. | stop payment; recipient had received payment from 3rd party and is withdrawing proof of claim #2 | 7100-000 | | (5,360.38) | 60,323.31 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | BALANCE |
| 8/12/14 | | Wells Fargo | deposit slip printing charge | 2600-000 | | 33.81 | 60,289.50 |
| 8/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 2.06 | | 60,291.56 |
| 9/2/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 0.05 | | 60,291.61 |
| 9/3/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 79,339.61 |
| 10/1/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 98,387.61 |
| 10/30/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 117,435.61 |
| 11/30/14 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 117,430.61 |
| 12/2/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 136,478.61 |
| 12/17/14 | Check 1014 | Allan J. DeMars | Third interim trustee's fees (Order 12/17/13) - DOCKET 73 | 2100-000 | | 5,714.40 | 130,764.21 |
| 12/17/14 | Check 1015 | Illinois Dept of Employment Security | Third partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 190.30 | 130,573.91 |
| 12/17/14 | Check 1016 | CNA Claims Plus, Inc | Third partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 10,239.90 | 120,334.01 |
| 12/17/14 | Check 1017 | CNA Insurance Companies | Third partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 99,569.80 | 20,764.21 |
| 12/31/14 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 20,759.21 |
| 1/6/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 39,807.21 |
| 1/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 39,802.21 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 1/31/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 58,850.21 |
| 2/17/15 | Check 1018 | Arthur B. Levine Co. | bond premium | 2300-000 | | 129.00 | 58,721.21 |
| 2/28/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 58,716.21 |
| 3/7/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 77,764.21 |
| 3/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 77,759.21 |
| 4/1/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 96,807.21 |
| 4/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 96,802.21 |
| 5/6/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 115,850.21 |
| 5/29/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 115,845.21 |
| 5/30/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 134,893.21 |
| 6/17/15 | Check 1019 | Allan J. DeMars | Fourth interim trustee's fees (Order 12/17/13) - DOCKET 73 | 2100-000 | | 5,714.40 | 129,178.81 |
| 6/17/15 | Check 1020 | Illinois Dept of Employment Security | Fourth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 190.30 | 128,988.51 |
| 6/17/15 | Check 1021 | CNA Claims Plus, Inc | Fourth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 10,239.90 | 118,748.61 |
| 6/17/15 | Check 1022 | CNA Insurance Companies | Fourth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 99,569.80 | 19,178.81 |
| 6/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 19,173.81 |
| 7/1/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 38,221.81 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 7/31/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 57,269.81 |
| 7/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 57,264.81 |
| 8/31/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 76,312.81 |
| 8/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 76,307.81 |
| 9/29/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 95,355.81 |
| 9/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 95,350.81 |
| 10/30/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 114,398.81 |
| 10/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 114,393.81 |
| 11/30/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 133,441.81 |
| 11/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 133,436.81 |
| 12/17/15 | Check 1023 | Allan J. DeMars | Fifth interim trustee's fees (Order 12/17/13) - DOCKET 73 | 2100-000 | | 5,714.40 | 127,722.41 |
| 12/17/15 | Check 1024 | Illinois Dept of Employment Security | Fifth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 190.30 | 127,532.11 |
| 12/17/15 | Check 1025 | CNA Claims Plus, Inc | Fifth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 10,239.90 | 117,292.21 |
| 12/17/15 | Check 1026 | CNA Insurance Companies | Fifth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 99,569.80 | 17,722.41 |
| 12/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 17,717.41 |
| 1/6/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 36,765.41 |
| 1/31/16 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 36,760.41 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 1/30/16 NOTE: credited to account on 2/1/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 55,808.41 |
| 2/12/16 | Check 1027 | Arthur B. Levine Co. | bond premium | 2300-000 | | 55.88 | 55,752.53 |
| 2/29/16 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 55,747.53 |
| 3/1/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 74,795.53 |
| 3/29/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 93,843.53 |
| 3/31/16 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 93,838.53 |
| 4/29/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 112,886.53 |
| 5/27/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 131,934.53 |
| 6/17/16 | Check 1028 | Allan J. DeMars | Sixth interim trustee's fees (Order 12/17/13) - DOCKET 73 | 2100-000 | | 5,714.40 | 126,220.13 |
| 6/17/16 | Check 1029 | Illinois Dept of Employment Security | Sixth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 190.30 | 126,029.83 |
| 6/17/16 | Check 1030 | CNA Claims Plus, Inc | Sixth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 10,239.90 | 115,789.93 |
| 6/17/16 | Check 1031 | CNA Insurance Companies | Sixth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 99,569.80 | 16,220.13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check Ref #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 6/28/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 35,268.13 |
| 7/27/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 54,316.13 |
| 8/29/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 73,364.13 |
| 9/30/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 92,412.13 |
| 10/26/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 111,460.13 |
| 11/29/16 | Ref 5 | Employco | final installment re global settlement DOCKET 67 | 1249-000 | 76,176.00 | | 187,636.13 |

COLUMN TOTALS 1,014,235.39   826,599.26   187,636.13

```
TOTAL - ALL ACCOUNTS             NET  DEPOSITS    DISBURSEMENTS     BALANCES
Checking# xxxxxx5210              1,014,235.39      826,599.26     187,636.13
Money Market #
Savings #
CD #CDI
Net                               1,014,235.39      826,599.26     187,636.13
                                 Excludes account  Excludes payments  Total Funds
                                    transfers         to debtor        on Hand
```

EXHIBIT "C" - CLAIMS REVIEW ANALYSIS

The following four (4) claims were timely filed:

| | | |
|---|---|---|
| 1. | Illinois Department of Employment Security | $      5,344.01 |
| 2. | Zurich American Insurance Co. | $  139,972.32 |
| 3. | CNA Claims Plus | $  322,572.88 |
| 4. | CNA Insurance Companies | <u>$ 2796132.82</u> |
| | | $ 3264022.03 |

On December 17, 2013 the first interim distribution was made based upon the appropriate percentages. CNA Claims Plus had agreed to treat their secured claim as unsecured for purposes of the interim distribution.

On June 17, 2014 a second interim distribution was made. Zurich American Insurance Co. returned the second check and then withdrew its proof of claim. The respective per cent of distribution was then re-computed.

On August 6, 2014 CNA Plus amended its claim from fully secured to a secured claim of $35,000 with the balance, $287,572.88 as unsecured and on August 7, 2014 $35,000.00 was paid on the secured portion of claim #3 and percentages recomputed for future interim distributions.

After claim #2 was withdrawn and claim #3 amended, the following unsecured claims remained:

| | | |
|---|---|---|
| 1. | Illinois Department of Employment Security | $      5,344.01 |
| 3. | CNA Claims Plus | $  287,572.88 |
| 4. | CNA Insurance Companies | <u>$2,796,132.82</u> |
| | | $3,089,049.71 |

Total interim distributions on unsecured claims, in the amount of $734,639.62, have been made.

After final distribution is made, unsecured creditors will receive a total distribution of approximately 29%.

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No: 12-01003
Case Name: WORK PLACE SOLUTIONS GROUP, INC.
Trustee Name: ALLAN J. DeMARS

**Balance on hand:** $187,636.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | CNA Claims Plus | $35,000.00 | $35,000.00 | $35,000.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $187,636.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $53,677.06 | $42,572.00 | $11,105.06 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $23.62 | $0.00 | $23.62 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $16,910.00 | $14,000.00 | $2,910.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WEST/POPOWCER KATTEN | $2,082.00 | $0.00 | $2,082.00 |
| *Accountant for Trustee, Expenses* | LOIS WEST/ POPOWCER KATTEN | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |
| *Charges,* | U.S. Bankruptcy Court | | | |
| *Fees,* | United States Trustee | | | |
| *Other* | | | | |

Total to be paid for chapter 7 administrative expenses : $16,120.68
Remaining balance: $171,515.45

UST Form 101-7-TFR (5/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for            , Fees* | | | |
| *Attorney for            , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| *Other* | | | |

Total to be paid for prior chapter administrative expenses: $0.00
Remaining balance: $171,515.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling ___$0.00___ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | NONE | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $171,515.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling ___$3,089,049.71___ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___5.6___ percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept of Employment Security | $5,344.01 | $1,252.29 | $296.72 |
| 2 | Zurich American Ins. Co. | $139,972.32 | $7,504.53 | $0.00 |
| 3 | CNA Claims Plus | $287,572.88 | $70,607.71 | $15,966.38 |
| 4 | CNA Insurance Co. | $2,796,132.82 | $655,275.09 | $155,252.35 |

Total to be paid for timely general unsecured claims: $171,515.45
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | NONE | $0.00 | $0.00 | $0.00 |

Total to be paid for tardy general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | NONE | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**