IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          ) Case No. 12 B 01003
WORK PLACE SOLUTIONS GROUP, INC.          ) Hon. JACQUELINE P. COX
                                          ) Chapter 7
            Debtor                        )

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:  Allan J. DeMars

Authorized to Provide
Professional Services to: trustee

Date of Appointment: January 13, 2012

Period for Which
Compensation is Sought: From   1/13/12   through   3/30/17
Amount of Fees Sought: $ 53,677.06 less $42,572 authorized and paid (balance $11,105.06)
Amount of Expense
Reimbursement Sought:  $   23.62

This is an: Interim Application _____   Final Application   X

If this is not the first Application filed herein by this professional, disclose as to all prior fee Applications:

   On December 17, 2013 an Order was entered awarding interim compensation, in the amount of $14,000.00, plus authority to pay additional interim fees every 6 months.

   The following payments were made:

| | |
|---|---|
| December 17, 2013 | $14,000.00 |
| June 17, 2014 | $ 5,714.40 |
| December 17, 2014 | $ 5,714.40 |
| June 17, 2015 | $ 5,714.40 |
| December 17, 2015 | $ 5,714.40 |
| June 17, 2016 | $ 5,714.40 |
| | $42,572.00 |
| Balance requested | $11,105.06 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        )
                                              ) Case No. 12 B 01003
WORK PLACE SOLUTIONS GROUP, INC.              ) Hon. JACQUELINE P. COX
                                              ) Chapter 7
            Debtor                            )

TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

To: The Honorable JACQUELINE P. COX, Bankruptcy Judge.

NOW COMES ALLAN J. DeMARS, Trustee herein, pursuant to 11 U.S.C. Sec.330, and requests total compensation in the amount of $53,677.06 less $42,572.00 previously paid and $23.62 for reimbursement of expenses.

I.  Computation of Compensation

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $1,014,235.39.

Pursuant to 11 U.S.C. Sec.326, compensation should be computed as follows:
| | | |
|---|---|---|
| 25% of first $ | 5,000.00 | $ 1250.00 |
| 10% of next $ | 45,000.00 | $ 4500.00 |
| 5% of next $ | 950,000.00 | $ 47500.00 |
| 3% of next $ | 14,235.39 | $ 427.06 |

| | |
|---|---|
| Total Compensation | $ 53677.06 |
| Less compensation received | - $ 42572.00 |
| Final Compensation requested | $ 11105.06 |

II. Trustee's Expenses

| | | |
|---|---|---|
| Copies | 161 @ $.10 | $ 16.10 |
| Postage | | $ 7.52 |
| Total Expenses | | $ 23.62 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 30th day of March, 2017.

        /s/ Allan J. DeMars
        Allan J. DeMars, Trustee

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle Street
Suite #902
Chicago, IL  60603
(312) 726-3377
ARDC#:0611069