IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| WORK PLACE SOLUTIONS GROUP, INC. | ) Case No. 12 B 01003 |
| | ) Hon. JACQUELINE P. COX |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on April 25, 2017 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Allen J. Guon, attorney for debtor
aguon@shawfishman.com

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Jonathan W. Young on behalf of CNA Insurance Company entities
jonathan.young@lockelord.com

Michael.Kind@lockelord.com


Illinois Department of Employment Security
33 South State Street
Attn: Bankruptcy Unit - 10th Floor
Chicago, IL 60603


                                                   /s/ Allan J. DeMars
                                                 Trustee in Bankruptcy


Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603