# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### <EASTERN DIVISION

In re: WORK PLACE SOLUTIONS GROUP, INC.

Case No. 12-01003
Chapter 7
JACQUELINE P. COX

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $83,838.60 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $941,155.07 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $73,080.32 | | |

3) Total gross receipts of $1,014,235.39 (see **Exhibit 1)**, minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2** ), yielded net receipts of $1,014,235.39 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $322,572.88 | $35,000.00 | $35,000.00 | $35,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $73,080.32 | $73,080.32 | $73,080.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $621,714.89 | $3,229,022.03 | $3,229,022.03 | $906,155.07 |
| **TOTAL DISBURSEMENTS** | $944,287.77 | $3,337,102.35 | $3,337,102.35 | $1,014,235.39 |

4) This case was originally filed under chapter  7  on 01/12/2012 .
The case was pending for    67   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2017                    By: /s/ ALLAN J. DeMARS
                                         Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| from ESIS, Inc.; workman's comp lien | 1229-000 | $14,176.38 |
| from Employco; settlement | 1249-000 | $1,000,000.00 |
| interest on invested funds | 1270-000 | $59.01 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$1,014,235.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CNA CLAIMS PLUS | 4220-000 | $322,572.88 | $35,000.00 | $35,000.00 | $35,000.00 |
| | | | | | |
| **TOTAL SECURED CLAIMS** | | **$322,572.88** | **$35,000.00** | **$35,000.00** | **$35,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 2600-000 | N/A | $118.81 | $118.81 | $118.81 |
| International Sureties | 2300-000 | N/A | $83.95 | $83.95 | $83.95 |
| Allan J. DeMars | 2100-000 | N/A | $53,677.06 | $53,677.06 | $53,677.06 |
| Allan J. DeMars | 2200-000 | N/A | $23.62 | $23.62 | $23.62 |
| Allan J. DeMars | 3110-000 | N/A | $16,910.00 | $16,910.00 | $16,910.00 |
| Lois West | 3410-000 | N/A | $2,082.00 | $2,082.00 | $2,082.00 |
| Arthur B. Levine Co. | 2300-000 | N/A | $184.88 | $184.88 | $184.88 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $73,080.32 | $73,080.32 | $73,080.32 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPT OF EMPLOYMENT SECURITY | 7100-000 | $0.00 | $5,344.01 | $5,344.01 | $1,549.01 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| ZURICH AMER. INS CO | 7100-000 | $0.00 | $139,972.32 | $139,972.32 | $7,504.53 |
| CNA CLAIMS PLUS | 7100-000 | $0.00 | $287,572.88 | $287,572.88 | $86,574.09 |
| CNA INSURANCE COMPANIES | 7100-000 | $0.00 | $2,796,132.82 | $2,796,132.82 | $810,527.44 |
| 2 SCHEDULED WITH NO CLAIM FILED | | $621,714.89 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $621,714.89 | $3,229,022.03 | $3,229,022.03 | $906,155.07 |

UST Form 101-7-TDR (9/1/2009)

EXHIBIT "8"      FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 12-01003                                                                                               Trustee Name: Allan J. DeMars

Case Name: WORK PLACE SOLUTIONS GROUP, INC.                                            Date Filed (f) or Converted (c): 1/12/12(F)

For Period Ending: 3/31/18                                                                                    §341(a) Meeting Date: 3/1/12

                                                                                                                                   Claims Bar Date: 11/21/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  operating checking account | 0.00 | 0.00 | | | FA |
| 2  payroll account | 0.00 | 0.00 | | | FA |
| 3  judgment against Willwork, Inc. | 83,838.60 | 0.00 | OA | | FA |
| 4  breach of contract claim vs. CNA | unknown | 0.00 | OA | | FA |
| 5  cause of action to avoid possible fraudulent transfers (u) | 1,000,000.00 | 1,000,000.00 | | 1,000,000.00 | FA |
| 6  workman's comp lien (Hartman) (u) | 14,176.38 | 14,176.38 | | 14,176.38 | FA |
| 7  interest on invested funds (u) | | 59.01 | | 59.01 | FA |
| 8  Cross claim vs Houghton International for negligence (u) | unknown | 0.00 | | | FA |
| TOTALS (Excluding unknown values) | | 1,014,235.39 | | 1,014,235.39 | |

(Total Dollar Amount in Column 6)

Major activities affecting case closing: cause of action settled for $1,000,000 receiving monthly payments in the amount of $19,048; ITEM #3, Willwork judgment subject to Citation lien and pursuant to global settlement transferred to secured creditor CNA. ITEM #4: dismissal pursuant to global settlement agreement (ITEM 5); item 8 was part of the litigation referred to in item 4 and therefore is also to be abandoned

**EXHIBIT "9" - FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 12-01003  
Case Name: WORK PLACE SOLUTIONS GROUP, INC.  
Taxpayer ID#: xx-xxx5997  
For Period Ending: 3/31/18  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): ___  
Checking Acct#: xxxxxx5210  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 9/27/13 | Ref 6 | ESIS, Inc. | workman's comp lien re: Hartman v. Houghton Intl. et al | 1229-000 | 14,176.38 | | 14,176.38 |
| 9/27/13 | Ref 5 | Employco | installment re global settlement approved 9/26/13 DOCKET 67 | 1249-000 | 200,000.00 | | 214,176.38 |
| 9/30/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 1.81 | | 214,178.19 |
| | | Wells Fargo | bank service charges (to be reversed) | 2600-000 | | 4.00 | 214,174.19 |
| | | | reversal of service charges | 2600-000 | | (4.00) | 214,178.19 |
| 10/2/13 | Ref 5 | Employco | installment re global settlement | 1249-000 | 19,048.00 | | 233,226.19 |
| 10/31/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 8.76 | | 233,234.95 |
| 11/1/13 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 252,282.95 |
| 11/30/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 9.26 | | 252,292.21 |
| 12/2/13 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 271,340.21 |
| 12/17/13 | Check 1001 | Allan J. DeMars | interim trustee's fees (Order 12/17/13 - DOCKET 73 | 2100-000 | | 14,000.00 | 257,340.21 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | BALANCE |
| 12/17/13 | Check 1002 | Allan J. DeMars | interim attorney's fees DOCKET 73 | 3110-000 | | 14,000.00 | 243,340.21 |
| 12/17/13 | Check 1003 | Illinois Dept of Employment Security | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 286.47 | 243,053.74 |
| 12/17/13 | Check 1004 | Zurich American Insurance Co. | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 7,504.53 | 235,549.21 |
| 12/17/13 | Check 1005 | CNA Claims Plus, Inc | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 17,294.73 | 218,254.48 |
| 12/17/13 | Check 1006 | CNA Insurance Companies | partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 149,914.27 | 68,340.21 |
| 12/31/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 6.86 | | 68,347.07 |
| 1/2/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 87,395.07 |
| 1/30/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 106,443.07 |
| 1/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 2.62 | | 106,445.69 |
| 2/4/14 | Check 1007 | International Sureties, Ltd | bond premium | 2300-000 | | 83.95 | 106,361.74 |
| 2/28/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 3.04 | | 106,364.78 |
| 3/1/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 125,412.78 |
| 3/26/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 144,460.78 |
| 3/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 4.26 | | 144,465.04 |
| 4/30/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 163,513.04 |
| 4/30/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 4.91 | | 163,517.95 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | BALANCE |
| 5/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 5.88 | | 163,523.83 |
| 6/2/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 182,571.83 |
| 6/17/14 | Check 1008 | Allan J. DeMars | Second interim trustee's fees (Order 12/17/13 - DOCKET 73 | 2100-000 | | 5,714.40 | 176,857.43 |
| 6/17/14 | Check 1009 | Illinois Dept of Employment Security | Second partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 204.62 | 176,652.81 |
| 6/17/14 | Check 1010 | Zurich American Insurance Co. | Second partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 5,360.38 | 171,292.43 |
| 6/17/14 | Check 1011 | CNA Claims Plus, Inc | Second partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 12,353.38 | 158,939.05 |
| 6/17/14 | Check 1012 | CNA Insurance Companies | Second partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 107,081.62 | 51,857.43 |
| 6/26/14 | Ref 5 | Employco | | 1249-000 | 19,048.00 | | 70,905.43 |
| 6/30/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 6.34 | | 70,911.77 |
| 7/31/13 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 3.16 | | 70,914.93 |
| 8/4/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 89,962.93 |
| 8/7/14 | Check 1013 | CNA Claims Plus, Inc | distribution on secured claim #3 | 4220-000 | | 35,000.00 | 54,962.93 |
| 8/11/14 | Check 1010 | Zurich American Insurance Co. | stop payment; recipient had received payment from 3rd party and is withdrawing proof of claim #2 | 7100-000 | | (5,360.38) | 60,323.31 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check Ref #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 8/12/14 | | Wells Fargo | deposit slip printing charge | 2600-000 | | 33.81 | 60,289.50 |
| 8/31/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 2.06 | | 60,291.56 |
| 9/2/14 | Ref 7 | Wells Fargo | interest on invested funds | 1270-000 | 0.05 | | 60,291.61 |
| 9/3/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 79,339.61 |
| 10/1/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 98,387.61 |
| 10/30/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 117,435.61 |
| 11/30/14 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 117,430.61 |
| 12/2/14 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 136,478.61 |
| 12/17/14 | Check 1014 | Allan J. DeMars | Third interim trustee's fees (Order 12/17/13) - DOCKET 73 | 2100-000 | | 5,714.40 | 130,764.21 |
| 12/17/14 | Check 1015 | Illinois Dept of Employment Security | Third partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 190.30 | 130,573.91 |
| 12/17/14 | Check 1016 | CNA Claims Plus, Inc | Third partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 10,239.90 | 120,334.01 |
| 12/17/14 | Check 1017 | CNA Insurance Companies | Third partial distribution 726(a)(2) DOCKET 73 | 7100-000 | | 99,569.80 | 20,764.21 |
| 12/31/14 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 20,759.21 |
| 1/6/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 39,807.21 |
| 1/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 39,802.21 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 1/31/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 58,850.21 |
| 2/17/15 | Check 1018 | Arthur B. Levine Co. | bond premium | 2300-000 | | 129.00 | 58,721.21 |
| 2/28/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 58,716.21 |
| 3/7/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 77,764.21 |
| 3/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 77,759.21 |
| 4/1/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 96,807.21 |
| 4/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 96,802.21 |
| 5/6/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 115,850.21 |
| 5/29/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 115,845.21 |
| 5/30/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 134,893.21 |
| 6/17/15 | Check 1019 | Allan J. DeMars | Fourth interim trustee's fees (Order 12/17/13) - DOCKET 73 | 2100-000 | | 5,714.40 | 129,178.81 |
| 6/17/15 | Check 1020 | Illinois Dept of Employment Security | Fourth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 190.30 | 128,988.51 |
| 6/17/15 | Check 1021 | CNA Claims Plus, Inc | Fourth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 10,239.90 | 118,748.61 |
| 6/17/15 | Check 1022 | CNA Insurance Companies | Fourth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 99,569.80 | 19,178.81 |
| 6/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 19,173.81 |
| 7/1/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 38,221.81 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check Ref #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 7/31/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 57,269.81 |
| 7/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 57,264.81 |
| 8/31/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 76,312.81 |
| 8/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 76,307.81 |
| 9/29/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 95,355.81 |
| 9/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 95,350.81 |
| 10/30/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 114,398.81 |
| 10/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 114,393.81 |
| 11/30/15 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 133,441.81 |
| 11/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 133,436.81 |
| 12/17/15 | Check 1023 | Allan J. DeMars | Fifth interim trustee's fees (Order 12/17/13) - DOCKET 73 | 2100-000 | | 5,714.40 | 127,722.41 |
| 12/17/15 | Check 1024 | Illinois Dept of Employment Security | Fifth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 190.30 | 127,532.11 |
| 12/17/15 | Check 1025 | CNA Claims Plus, Inc | Fifth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 10,239.90 | 117,292.21 |
| 12/17/15 | Check 1026 | CNA Insurance Companies | Fifth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 99,569.80 | 17,722.41 |
| 12/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 17,717.41 |
| 1/6/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 36,765.41 |
| 1/31/16 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 36,760.41 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 1/30/16 NOTE: credited to account on 2/1/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 55,808.41 |
| 2/12/16 | Check 1027 | Arthur B. Levine Co. | bond premium | 2300-000 | | 55.88 | 55,752.53 |
| 2/29/16 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 55,747.53 |
| 3/1/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 74,795.53 |
| 3/29/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 93,843.53 |
| 3/31/16 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 93,838.53 |
| 4/29/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 112,886.53 |
| 5/27/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 131,934.53 |
| 6/17/16 | Check 1028 | Allan J. DeMars | Sixth interim trustee's fees (Order 12/17/13) - DOCKET 73 | 2100-000 | | 5,714.40 | 126,220.13 |
| 6/17/16 | Check 1029 | Illinois Dept of Employment Security | Sixth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 190.30 | 126,029.83 |
| 6/17/16 | Check 1030 | CNA Claims Plus, Inc | Sixth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 10,239.90 | 115,789.93 |
| 6/17/16 | Check 1031 | CNA Insurance Companies | Sixth partial distribution (Order 12/17/13) - DOCKET 73 | 7100-000 | | 99,569.80 | 16,220.13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 6/28/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 35,268.13 |
| 7/27/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 54,316.13 |
| 8/29/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 73,364.13 |
| 9/30/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 92,412.13 |
| 10/26/16 | Ref 5 | Employco | installment re global settlement DOCKET 67 | 1249-000 | 19,048.00 | | 111,460.13 |
| 11/29/16 | Ref 5 | Employco | final installment re global settlement DOCKET 67 | 1249-000 | 76,176.00 | | 187,636.13 |
| 5/18/17 | Check 1032 | Allan J. DeMars | trustee fees | 2100-000 | | 11,105.06 | 176,531.07 |
| 5/18/17 | Check 1033 | Allan J. DeMars | expenses | 2200-000 | | 23.62 | 176,507.45 |
| 5/18/17 | Check 1034 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,910.00 | 173,597.45 |
| 5/18/17 | Check 1035 | Lois West | accountant's fees | 3410-000 | | 2,082.00 | 171,515.45 |
| 5/18/17 | Check 1036 | Illinois Dept of Employment Security | 726(a)(2) | 7100-000 | | 296.72 | 171,218.73 |
| 5/18/17 | Check 1037 | CNA Claims Plus | 726(a)(2) | 7100-000 | | 15,966.38 | 155,252.35 |
| 5/18/17 | Check 1038 | CNA Insurance Co. | 726(a)(2) | 7100-000 | | 155,252.35 | 0.00 |

COLUMN TOTALS    1,014,235.39    1,014,235.39    0.00

TOTAL - ALL ACCOUNTS            NET DEPOSITS    DISBURSEMENTS    BALANCES

| | | | |
|---|---|---|---|
| Checking# xxxxxx910 | 1,014,235.39 | 1014235.39 | 0.00 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 1,014,235.39 | 1014235.39 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |